JUDGE KATHLEEN CARDONE

FILED

2018 OCT 24  PM 3: 55

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | SEALED |
| Plaintiff, | § § | CRIMINAL NO. EP-18-CR- |
| v. | § § | **I N D I C T M E N T** |
| ALEXANDRO NICOLAS LOREDO, | § § | CT 1: 18:1519 – Destruction of Records in Federal Investigation |
| Defendant. | § § § § | |

**EP18CR3201**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 1519)

That between on or about June 28, 2017, and on or about July 10, 2017, in the Western District of Texas, Defendant,

**ALEXANDRO NICOLAS LOREDO,**

did alter, destroy and mutilate a record and tangible object with the intent to impede, obstruct and influence the investigation and proper administration of a case being investigated under Title 18 of the United States Code, a matter that the defendant knew and contemplated was within the

jurisdiction of the Department of Homeland Security, a department and agency of the United States, in violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney