**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-18-CR-3201-KC** |
| | § | |
| **ALEXANDRO NICOLAS LOREDO,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES' LIST OF PROPOSED EXHIBITS**

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Audio file of interview of defendant | | |
| 2 | Transcription of audio file of interview of defendant | | |
| 3 | Audio file of interview of defendant combined with transcription of audio file | | |
| 4 | Redacted written statement of defendant | | |
| 5 | Email to Ronald Talley | | |
| 6 | Redacted sworn statement of defendant | | |
| 7 | Certified copies of TSA personnel records | | |
| 8 | *Curriculum vitae* of Mark Martinez | | |
| 9 | Photographs of hard drive | | |
| 10 | Custody receipt | | |

Dated this 2nd day of May, 2019.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY:      /s/_____
CHRISTOPHER MANGELS
Assistant U.S. Attorney
Pennsylvania Bar # 208725
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3498

## CERTIFICATE OF SERVICE

I hereby certify that on May 2nd, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the attorney of record for Defendant.

/s/_____
CHRISTOPHER MANGELS
Assistant U.S. Attorney