# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § CRIMINAL NO. EP-18-CR-3201-KC |
| v. | § |
| | § |
| ALEXANDRO NICOLAS LOREDO, | § |
| | § |
| Defendant. | § |

## GOVERNMENT'S PROSPECTIVE WITNESS LIST

1. Ismael Velez, Department of Homeland Security

2. Ronald Talley, Customs and Border Protection

3. Mark Martinez, Homeland Security Investigations

4. Cynthia Silva, Department of Homeland Security

5. John Sosa, Department of Homeland Security

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: \_\_\_\_\_/s/_____
CHRISTOPHER K. MANGELS
Assistant U.S. Attorney
Pennsylvania Bar #208725
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of May, 2019, a copy of the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Robert Perez
Attorney for the Defendant

                                                  _____/s/_____
                                                  Christopher Mangels
                                                  Assistant United States Attorney