IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. EP-18-CR-03201(1)-KC |
| | ) | |
| ALEXANDER NICOLAS LOREDO | ) | |

## MOTION TO CONTINUE TRIAL SETTING

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Alexander Nicolas Loredo, by and through counsel, and respectfully files this motion to continue the trial scheduled for May 24, 2019. For cause, Defendant would respectfully show this Honorable Court as follows:

I.

This case is set for trial on May 24, 2019. On May 2, 2019, the Government filed its notice of intention to offer expert testimony. Defendant respectfully is asking for additional time in which to hire an expert to review the findings of the Government's Expert and or to testify in contravention of the Government's Expert.

In the alternative, Defendant respectfully moves to strike the Government's expert testimony in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the trial date in this case be continued for a period of a least 60 days to allow Defendant time to hire a computer forensic analyst to review the findings of the Government's computer forensic expert.

Respectfully submitted,

ROBERT J. PEREZ
221 N. Kansas
Suite 1103
El Paso, Texas 79901
Tel No: 915-542-1222
Fax: 915-532-0904

By:_____/s/_____
      **ROBERT J. PEREZ**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Motion to Continue was electronically filed with the Clerk of the Court using the CM/ECF System and was delivered to Assistant U.S. Attorney Christopher Mangels at 700 E. San Antonio, Suite 200, El Paso, Texas, 79901.

_____/s/_____
**ROBERT J. PEREZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. EP-18-CR-3201(1)-KC |
| | ) | |
| ALEXANDER NICOLAS LOREDO | ) | |

### ORDER GRANTING CONTINUANCE

Before the Court is Defendant's motion to continue the trial in this case that is presently set for May 24, 2019. After considering the motion, the court is of the opinion that the motion has merit and should be granted.

IT IS ORDERED that Defendant's motion to continue the trial in this case is hereby GRANTED.

SIGNED AND ENTERED this _____ day of May, 2019.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE